UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Remona Lysa Brown,                                          Civ. No. 23-1998 (PAM/ECW)

                        Petitioner,

v.                                                                              **ORDER**

Kathy Halvorson, Warden,

                        Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Elizabeth Cowan Wright dated April 3, 2026. (Docket No. 13.) The R&R recommends denying Petitioner Remona Lysa Brown's Motion to Reopen Case and Motion to Consider a Medical Eye Exam. According to statute, the Court must conduct a de novo review of any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. LR 72.2(b). Brown filed timely objections to the R&R. (Docket No. 14.) After conducting the required review and for the following reasons, the Court adopts the R&R.

The full background is set forth in the R&R and the Court will not revisit it here. In her objections to the R&R, Brown agrees with the R&R's description of her claims, stating, "I did assert everything United States Magistrate Judge Elizabeth Cowan Wright has stated and it's all true." (Id. at 4.) Brown further agrees that Judge Wright is "right" that Brown did not claim that her vision problems "had any relationship" to the entry of judgment in this case in 2023. (Id.) Indeed, Judge Wright concluded that relief is not warranted in this matter because Brown's impaired eyesight and the alleged delay in receiving medical

treatment "have no bearing on" the petition Brown filed in this case. (R&R at 13.) Therefore, the R&R recommended denying Brown's Motions. Although Brown disagrees with the R&R's ultimate conclusion that relief is not warranted under Rule 60(b)(6), she provides no legal basis supporting her view. The Court finds no error in the Magistrate Judge's reasoning, and adopts the R&R.

Accordingly, **IT IS HEREBY ORDERED that**:

1.  The Court **ADOPTS** the R&R (Docket No. 13);

2.  Petitioner Remona Lysa Brown's Motion to Reopen Case (Docket No. 9) and Motion to Consider a Medical Eye Exam (Docket No. 11) are **DENIED**; and

3.  Petitioner's Motion to Amend (Docket No. 15) is **DENIED as moot**.

Dated: June 8, 2026

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge

2