UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Remona Lysa Brown,                                       Civ. No. 23-1998 (PAM/ECW)

              Petitioner,

v.                                                                **ORDER**

Kathy Halvorson, Warden,

              Respondent.

---

This matter is before the Court on Petitioner Remona Lysa Brown's self-styled Motion titled, "Objecting to Ruling or Order & Motion for Reconsideration." (Docket No. 18.)

Petitioner objects to the Court's previous decision and cites Fed. R. Civ. P. 46 as the basis for her objections. However, Rule 46 pertains to trial procedures, which are inapplicable here. See Fed. R. Civ. P. 46. Petitioner's objections are thus denied.

Before filing a motion to reconsider, a party must first obtain the Court's permission. D. Minn. L. R. 7.1(j). Petitioner did not make such a request, and thus the Court could deny her Motion for Reconsideration on that basis. However, because she is pro se, the Court will liberally construe her Motion as a request to for leave to file such a motion. See Estelle v. Gamble, 429 U.S. 97, 106 (1976). Plaintiff asks the Court to reconsider its decision denying her Motion to Reopen Case, Motion to Consider a Medical Eye Exam, and Motion to Amend. (Docket No. 16.) But the Court considered and rejected Petitioner's arguments; reiterating those arguments does not change the Court's previous determination.

To the extent that Petitioner seeks relief under Rule 60(b), that request is also denied. She has not established that the Court committed any sort of error that would warrant relief from judgment under Rule 60(b).  See Fed. R. Civ. P. 60(b) (allowing a party to seek relief from a final judgment for reasons such as mistake, inadvertence, excusable neglect, newly discovered evidence, fraud, misrepresentation, or misconduct).

Accordingly, **IT IS HEREBY ORDERED that** Petitioner's "Objecting to Ruling or Order & Motion for Reconsideration" (Docket No. 18) is **DENIED**.

Dated: July 14, 2026

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge