UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Remona Lysa Brown,

Petitioner,

v.

Minnesota Dept. of Corrections
and Kathy Halvorson,

Respondents.

Civ. No. 26-1101 (PAM/DJF)

**ORDER**

---

This matter is before the Court on Petitioner Remona Lysa Brown's self-styled Motion titled, "Objecting to Ruling or Order & Motion for Reconsideration." (Docket No. 23.) To the extent that Petitioner's Motion was intended to be filed in this case before Petitioner's Notice of Appeal, the Court would have denied the Motion for the same reasons as stated in the Order denying the same Motion filed in Brown v. Halvorson, Civ. No. 23-1998 (PAM/ECW), Docket No. 19 (D. Minn. July 14, 2026).

Accordingly, **IT IS HEREBY ORDERED that:**

1. Petitioner's Motion (Docket No. 23) is **DENIED**; and

2. To avoid future confusion between case numbers 23-cv-1998 and 26-cv-1101, these cases shall be consolidated.

Dated: August 13, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge