UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Remona Lysa Brown, Civ. No. 23-1998 (PAM/ECW)

Petitioner,

v. **ORDER**

Kathy Halvorson, Warden,

Respondent.

---

This matter is before the Court on Petitioner Remona Lysa Brown's Motion for Extension of Time to File Notice of Appeal and Application to Proceed in Forma Pauperis on Appeal. (Docket Nos. 21, 23.) Because Petitioner has filed a Notice of Appeal of a recent Order of this Court, the Court construes her Motion for Extension of Time as a request to consider her Notice of Appeal timely.

The Rules of Appellate Procedure provide that a party seeking to appeal in a civil case must file a notice of appeal within 30 days of the date of the order appealed from. Fed. R. App. P. 4(a)(1)(A). The Rules further provide that any extension of this time may not "exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later." Id. R. 4(a)(5)(C). Here, the Order that Petitioner seeks to appeal was entered on June 8, 2026. (Docket No. 16.) Petitioner filed her Notice of Appeal and Motion for Extension of Time to File Notice of Appeal on September 3, 2026, long after the time to do so under Rule 4(a)(1)(A) expired.[1]

---

[1] The Court notes that Petitioner timely appealed in 26-cv-1101 (PAM/DJF), which has since been consolidated with this case. (See Docket No. 20.)+

Accordingly, **IT IS HEREBY ORDERED that** Petitioner's Motion for Extension of Time to File Notice of Appeal (Docket No. 21) is **DENIED** and Petitioner's Application to Proceed in Forma Pauperis on Appeal (Docket No. 23) is **DENIED as moot**.

Dated: September 9, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge